IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

**FILED**

AUG 0 7 2017

Clerk, U S District Court
District Of Montana
Missoula

| In the Matter of the Search of:<br><br>Accounts of Facebook user name:<br>http://www.facebook.com/raul.radut | MJ-17-35-M-JCL<br><br>ORDER |
|---|---|

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 7th day of August, 2017.

Jeremiah C. Lynch
United States Magistrate Judge